UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br><br>Ismael RODRIGUEZ Guzman,<br><br><br><br><br>　　　　　　　Defendant. | Magistrate Docket No. 26mj00005<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, USC 1326 Deported Alien Found<br>In The United States |

The undersigned complainant, being duly sworn, states:

On or about January 1, 2025, within the Southern District of California, defendant, Ismael RODRIGUEZ Guzman an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
CARLOS L. GLOVER II
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JANUARY 2, 2025.

_____
HON. STEVE B. CHU
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Ismael RODRIGUEZ GUZMAN

## PROBABLE CAUSE STATEMENT

On January 1, 2025, Border Patrol Agent A. Palafox was conducting assigned duties in the Imperial Beach Station's area of responsibility. He was in rough duty uniform with all patches and insignia visible. At 5:08 pm, a seismic sensor activated in an area known as "Goat Canyon". Agent Palafox responded to the area, and upon his arrival, was notified by an infrared scope operator that they had spotted approximately eleven subjects running in a northbound direction towards an area known to agents as "The Saddle".

As Agent Palafox continued to make his way towards the group he was notified by the scope operator the group of individuals were at "The Saddle" and were now running towards an area known as "Jim's Euchi" near Monument Road. Agent Palafox responded and walked into the brush towards the group. Agent Palafox encountered the group of individuals attempting to hide in the brush. Agent Palafox identified himself as a Border Patrol Agent and conducted an immigration inspection. Agent Palafox determined all five individuals including later identified defendant Ismael RODRIGUEZ Guzman along with Juan Jose MENDOZA-Porras (charged else were are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. At 5:20 PM, Agent Palafox placed all five individuals under arrest. This location is approximately 4 miles west of the San Ysidro Port of entry and a half of a mile north of the United States and Mexico International Boundary.

The defendant Ismael RODRIGUEZ Guzman was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on January 1, 2026, with an intended destination of Oxnard, California.

Routine record checks of defendant Ismael RODRIGUEZ Guzman revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant is not a citizen or lawfully admitted resident of the United States and was previously deported to Mexico on December 9, 2025 through San Ysidro, California. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.